CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 23 2019

JULIA C. DUDLEY, CLERK
BY: /s/ (Deputy Clerk signature)
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ATLAS PACIFIC ENGINEERING CO., a Delaware corporation, <br><br> Plaintiff <br><br> v. <br><br> NATIONAL FRUIT PRODUCT CO. INC., a Virginia corporation <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 5:19-CV-0084 <br> ) <br> ) <br> ) <br> ) <br> ) By:  Michael F. Urbanski <br> ) Chief United States District Judge |

## ORDER

The plaintiff has notified the court that it seeks to voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, it is **ORDERED** that this action is hereby **DISMISSED** without prejudice and this matter stricken from the docket.

It is so **ORDERED**.

Entered: 12/23/19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge